**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action No. 12-cv-01247-JLK

MI KYONG BAEK and FRED MIN

    Plaintiffs

v.

ARC INTERNATIONAL NORTH AMERICA HOLDINGS INC., a Delaware Corporation
ARC INTERNATIONAL HOLDINGS INC., a corporation in the nation of France
MODNY, INC., a corporation of the Republic of Korea

    Defendants.

**ORDER OF JUDGMENT AGAINST DEFENDANT MODNY, INC.**

Kane, J.

THE COURT, having read Plaintiffs' Motion for Judgment Against Defendant Modny, Inc., Doc. 34, and having reviewed the Motion's attached evidence, FINDS:

1. Defendant Modny, Inc. was served the Summons and Complaint on October 18, 2012;

2. Modny, Inc. has failed to file an Answer or other responsive pleading, and the time for filing such has expired;

3. the Clerk entered default against Modny, Inc. on March 19, 2013;

4. Plaintiff has established damages in the amount of $582,500.00;

WHEREFORE, judgment is entered against Modny, Inc. in the amount of $582,500.00, plus pre-judgment interest from the date of the filing of the Complaint in this action to January 24, 2014 at the statutory rate of interest, plus post-judgment interest at the statutory rate of interest, plus costs of $993.00.

DATED: January 24, 2014        BY THE COURT:

*s/John L. Kane*
John L. Kane, U.S. District Court Judge