IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01247-JLK-MJW

MI KYONG BAEK and FRED MIN,

    Plaintiffs,

v.

ARC INTERNATIONAL NORTH AMERICA HOLDINGS INC., a Delaware corporation,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with the Order entered by Judge John L. Kane on August 4, 2014, incorporated herein by reference, it is

ORDERED that Defendant ARC International North America Holdings, Inc.'s Motion For Summary Judgment And Incorporated Memorandum of Law (Doc. No. 41) is GRANTED.  It is

FURTHER ORDERED that Defendant ARC International North America Holdings, Inc.'s Request For Hearing is DENIED as MOOT (Doc. No. 48).  It is

FURTHER ORDERED that Judgment shall be entered in favor of the Defendant, Arc International North America Holdings Inc., a Delaware corporation, and against the Plaintiffs, Mi Kyong Baek and Fred Min.  It is

FURTHER ORDERED that each party shall bear its own attorneys' fees.  It is

FURTHER ORDERED that Defendant shall be awarded its cost by the filing of the Bill of Costs within 14 days of entry of judgment.

Dated at Denver, Colorado this 6th day of November, 2014.

        FOR THE COURT:

        JEFFREY P. COLWELL, CLERK

        By:  s/Bernique Abiakam, Deputy Clerk